UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL ROBBINS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 12-10261-JLT |
| PLYMOUTH PERSY'S PLACE, LLC, | * |
| Defendant. | * |

ORDER

August 12, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the July 26, 2013, Report and Recommendation [#68] of Chief Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion for Summary Judgment [#16] is DENIED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge